1
2
3
4

**UNITED STATES DISTRICT COURT**

5

**DISTRICT OF NEVADA**

6
7   NORA MEAD,                              )
8                        Plaintiff,        )        Case No. 2:10-cv-02157-PMP-PAL
                                            )
9   vs.                                     )        **ORDER**
                                            )
10  OCWEN LOAN SERVICING, LLC,              )
                                            )
11                       Defendant.         )
12  _____)

13          This matter is before the court on the parties' failure to file a Joint Status Report as required in

14  Order (Dkt. #4) entered December 13, 2010, regarding removal of this case to federal district court.  On

15  April 10, 2007, Defendant filed a signed Statement (Dkt. #5) which complied with the court's order that

16  the removing party file a statement providing the information specified.  However, the parties have not

17  submitted a Joint Status Report regarding removal as required.  Accordingly,

18          **IT IS ORDERED** the parties shall file a Joint Status Report **no later than 4:00 p.m.,**

19  **February 3, 2011,** which must:

20          1.      Set forth the status of this action, including a list of any pending motions and/or other

21                  matters which require the attention of this court.

22          2.      Include a statement by counsel of action required to be taken by this court.

23          3.      Include as attachments copies of any pending motions, responses and replies thereto

24                  and/or any other matters requiring the court's attention not previously attached to the

25                  notice of removal.

26          Dated this 20th day of January, 2011.

27                                                  _____
                                                    Peggy A. Leen
28                                                  United States Magistrate Judge