DISM
**COGBURN LAW OFFICES**
JAMIE S. COGBURN, ESQ.
Nevada State Bar No. 008409
Jsc@cogburnlaw.com
DAVID J. WEDEMEYER, ESQ.
Nevada State Bar No. 11318
Djw@cogburnlaw.com
9555 S. Eastern Ave., Suite 280
Las Vegas, Nevada 89123
Tel: (702) 384-3616
Fax: (702) 943-1936
  Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NORA MEAD, <br><br> Plaintiff, <br><br> vs. <br><br> OCWEN LOAN SERVICING, LLC, A Foreign Limited Liability Company; DOES I through X, inclusive, ROE CORPORATIONS, I through X, inclusive, <br><br> Defendants. | Case No: 2:10-cv-02157-PMP-PAL |

### VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, Nora Mead, by and through her attorneys of record, Cogburn Law Offices, hereby request the above-entitled action be voluntary dismissed with prejudice.

Dated: April 13, 2011

IT IS SO ORDERED.

_____
PHILIP M. PRO
U.S. DISTRICT JUDGE

Dated:  April 14, 2011.

COGBURN LAW OFFICES

By: _____
Jamie S. Cogburn, Esq.
Nevada State Bar No.: 008409
Kristin H. Cogburn, Esq.
Nevada State Bar No.: 008271
9555 S. Eastern Ave., Suite 280
Las Vegas, Nevada  89123
Attorneys for Plaintiff

Page 1 of 1